AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DREW HENSON<br>*Plaintiff(s)*<br>v.<br>JUUL LABS, INC., ALTRIA GROUP, INC., et al.<br>*Defendant(s)* | Case No. 19-MD-02913-WHO<br>*In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation*<br><br>This Document relates to<br>Civil Action No.   3:22-cv-03792 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

**SEE ATTACHED SERVICE LIST**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Annesley H. DeGaris
> Alexandra J. Calton
> DeGaris Law, LLC
> 2 North 20th Street. Suite 1030
> Birmingham, AL
> (205) 575-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**3:22-cv-3792 Drew Henson v. Juul Labs, Inc. et al**

# DEFENDANTS

JUUL Labs, Inc.
MDL2913_Service_JUUL@kirkland.com

Altria Group, Inc. Defendants (Including Phillip Morris USA, Inc.)
MDL2913_Service_AltriaGroupInc@arnoldporter.com
MDL2913_Service_PMUSA@arnoldporter.com
MDL2913_Service_AltriaClientServices@arnoldporter.com
MDL2913_Service_AltriaDistributionGroup@arnoldporter.com
MDL2913_Service_AltriaEnterprises@arnoldporter.com

James Monsees
mdl2913_service_monsees@orrick.com

Adam Bowen
MDL2913_Service_Bowen@boersch-illovsky.com

Hoyoung Huh, Riaz Valani, Nicholas Pritzker
JUULMDLService@nixonpeabody.com

Mother Murphy's Laboratories, Inc.
MDL2913_Service_MotherMurphysLaboratoriesInc@tysonmendes.com

Alternative Ingredients, Inc.
MDL2913_Service_AlternativeIngredientsInc@tysonmendes.com

Tobacco Technology, Inc.
MDL2913_Service_TobaccoTechnology@tydings.com

Eliquitech, Inc.
MDL2913_Service_Eliquitech@tydings.com

McLane Company, Inc.
MDL2913_Service_McLane@wtotrial.com

Eby-Brown Company, LLC
MDL2913_Service_EbyBrown@esbrooklaw.com

Core-Mark Holding Company, Inc.
CoreMarkJUULService@weil.com

7-Eleven, Inc.
MDL2913_Service_7Eleven@esbrooklaw.com

Service made pursuant to Amended Case Management Order 3 (CMECF Doc. 651) entered 6/8/2020: Service upon these entities will be deemed complete upon providing copies of the

- Short Form Complaint,
- Summons,
- Civil Cover Sheet; and
- 2nd Amended Case Management Order No. 3;
- CMO NO. 7 and
- CMO NO. 7(B)